IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[2]<br><br>Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| BOOM ENTERTAINMENT, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>SPARKLE POP LLC, a Delaware limited liability company,<br><br>Defendant. | Adv. Proc. No. 25-00239 |

**<u>ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND</u>**

Upon consideration of the Parties' *Joint Stipulation to Extend the Time* for Defendant Sparkle Pop, LLC to answer, move, or otherwise respond to the Third-Party Complaint, it is by the United States Bankruptcy Court for the District of Maryland, hereby ORDERED, that

---

[2] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300 Hunt Valley, Maryland 21030.

gfrdocs\64822\158771\12256738.v1-1/15/26

Defendant Sparkle Pop, LLC shall have until February 16, 2026 to answer, move, or otherwise respond to the Third-Party Complaint.

**END OF ORDER**

gfrdocs\64822\158771\12256738.v1-1/15/26