## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1]<br><br>                       Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| FANTAGRAPHICS BOOKS, INC.,<br><br>                       Plaintiff,<br><br>   - against -<br><br>SPARKLE POP LLC, a Delaware limited liability company,<br><br>                       Defendant. | Adv. Proc. No. 25-00245 |

### JOINT STIPULATION TO EXTEND TIME TO RESPOND

FANTAGRAPHICS BOOKS, INC. (Third-Party Plaintiff"), and Defendant SPARKLE POP, LLC ("Defendant"), by their undersigned attorneys, hereby stipulate and agree as follows concerning the Defendant's time to answer, move to dismiss, or otherwise respond to the Third-Party Complaint (the "Complaint") filed by Third-Party Plaintiff in the above-captioned Adversary Proceeding:

WHEREAS, on January 14, 2025, DIAMOND COMIC DISTRIBUTORS, INC., *et al.*, ("Diamond Comic") as a debtor under Chapter 11 of the United States Code, filed the underlying bankruptcy action in case number 25-10308;

WHEREAS, on October 8, 2025, Diamond Comic initiated the above-captioned Adversary Proceeding;

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is 10150 York Road, Suite 300 Hunt Valley, Maryland 21030.

WHEREAS, on November 7, 2025, the Third-Party Plaintiff filed the Complaint against the Defendant.

WHEREAS, the Defendant's original deadline for responding to the Complaint was November 26, 2025;

WHEREAS, the parties agreed to extend the original deadline until January 14, 2026, which was documented in a consent motion and approved by this Court;

WHEREAS, when this case was converted to Chapter 7, on December 19, 2025, this case was stayed until February 16, 2026;

WHEREAS, the parties have agreed to allow Defendant until February 16, 2026, to answer, move, or otherwise respond to the Complaint;

WHEREAS, there are no pending dates set by this Court that would be affected by this extension; and

THEREFORE, IT IS STIPULATED AND AGREED that Defendant shall have until February 16, 2026, to answer, move, or otherwise respond to the Complaint.

Dated: January 16, 2026                                      Respectfully submitted,


/s/  Catherine K. Hopkin                                     /s/  Jodie E. Bekman
Catherine Keller Hopkin                                      Jodie E. Bekman (Md. Fed. Bar No. 26004)
YVS LAW, LLC                                                 Gordon Feinblatt LLC
185 Admiral Cochrane Drive, Suite 130                        1001 Fleet Street, Suite 700
Annapolis, MD 21401                                          Baltimore, MD 21202
T: 443-569-0788                                              T/F: (410) 576-4082
F: 410-571-2798                                              Email: jbekman@gfrlaw.com
Email: chopkin@yvslaw.com

*Attorneys for Third-Party Plaintiff*                        *Attorneys for Defendant*

## <u>CERTIFICATION</u>

I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original, and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

_/s/ Jodie E. Bekman_
Jodie E. Bekman

## <u>CERTIFICATE OF SERVICE</u>

I certify that on this 16th day of January, 2026, I caused the foregoing *Joint Stipulation to Extend Time to Respond* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record.

 */s/ Jodie E. Bekman*

Jodie E. Bekman
