**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)**

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[2]<br><br>                              Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| GREEN RONIN PUBLISHING LLC,<br><br>                              Plaintiff,<br><br>     - against -<br><br>SPARKLE POP LLC, a Delaware limited liability company,<br><br>                              Defendant. | Adv. Proc. No. 25-00247 |

<u>**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO RESPOND**</u>

Upon consideration of the Parties' *Joint Stipulation to Extend the Time* for Defendant

Sparkle Pop, LLC to answer, move, or otherwise respond to the Third-Party Complaint, it is by

the United States Bankruptcy Court for the District of Maryland, hereby ORDERED, that

---

[2] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is 10150 York Road, Suite 300 Hunt Valley, Maryland 21030.

Defendant Sparkle Pop, LLC shall have until February 16, 2026 to answer, move, or otherwise respond to the Third-Party Complaint.

**END OF ORDER**

GFRDOCS\64822\158771\12256755.v1-1/15/26