IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re:<br><br>DIAMOND COMIC DISTRIBUTORS, INC., *et al.*[1]<br><br>         Debtors. | Case No. 25-10308 (DER)<br><br>Chapter 7<br><br>(Jointly Administered) |
| BOOM ENTERTAINMENT, INC.,<br><br>         Plaintiff,<br><br> - against -<br><br>SPARKLE POP LLC, a Delaware limited liability company,<br><br>         Defendant. | Adv. Proc. No. 25-00239 |

## **LINE WITHDRAWING DOCKET ENTRIES 20 AND 21**

Defendant SPARKLE POP, LLC ("Defendant"), by its undersigned attorneys, hereby withdraws Docket Entries 20 and 21 which were inadvertently filed in the wrong adversary proceeding.

Dated: January 16, 2026

                 Respectfully submitted,

                 */s/ Jodie E. Bekman*
                 Jodie E. Bekman (Md. Fed. Bar No. 26004)
                 Gordon Feinblatt LLC
                 1001 Fleet Street, Suite 700
                 Baltimore, MD 21202
                 T/F: (410) 576-4082
                 Email: jbekman@gfrlaw.com

                 *Attorneys for Defendant*

---

[1] The Debtors in these chapter 7 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is 10150 York Road, Suite 300 Hunt Valley, Maryland 21030.

gfrdocs\64822\158771\12261509.v1-1/16/26

## CERTIFICATE OF SERVICE

I certify that on this 16th day of January, 2026, I caused the foregoing *Line* to be electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notifications to all parties and counsel of record.

/s/  Jodie E. Bekman            
Jodie E. Bekman