# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Baltimore Division)

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 (Jointly Administered) |
| Debtors.[1] | |
| Diamond Comic Distributors, Inc., | Adv. Proc. No. 25-00239 (DER) |
| Plaintiff, | |
| v. | |
| BOOM ENTERTAINMENT, INC., | |
| Defendant. | |
| BOOM ENTERTAINMENT, INC., | |
| Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, | |
| Third-Party Defendants. | |

## JOINT STIPULATION TO EXTEND TIME
## TO RESPOND TO THIRD PARTY COMPLAINT

Third-Party Plaintiff Boom Entertainment, Inc. ("Third-Party Plaintiff") and Third Party-Defendant JPMorgan Chase Bank, N.A. ("JPMorgan," and together with Third-Party Plaintiff, the "Parties"), by their undersigned attorneys, hereby stipulate and agree as follows concerning JPMorgan's time to answer, move to dismiss, or otherwise respond to the Third-Party Complaint (the "Complaint") filed by Third-Party Plaintiff in the above-captioned adversary proceeding (the

---

[1]   The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585).  The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

1

"Adversary Proceeding"):

**WHEREAS**, on January 14, 2025, Diamond Comic Distributors, Inc. ("Diamond Comic") commenced a case under chapter 11 of the Bankruptcy Code, jointly administered under Case No. 25-10308;

**WHEREAS**, on September 9, 2025, Diamond Comic initiated the above-captioned Adversary Proceeding;

**WHEREAS**, October 23, 2025, Third-Party Plaintiff filed a Third-Party Complaint against JPMorgan [Adv. Dkt. No. 8] (the "Third-Party Complaint");

**WHEREAS**, on December 2, 2025, the Court entered the *Order Granting Unopposed Consent Motion to Extend Time for Third-Party Defendant JPMorgan Chase Bank, N.A. to Respond to the Third-Party Complaint* [Adv. Dkt. No. 18] extending JPMorgan's deadline to respond to the Third-Party Complaint to January 14, 2026.

**WHEREAS**, on December 19, 2025, the Court entered an *Order (I) Approving Eighth Stipulation Between Debtors and JPMorgan Chase Bank, N.A. Amending DIP Credit Agreement, (II) Converting Cases From Chapter 11 to a Chapter 7 of the Bankruptcy Code as of Conversion Date, (III) Approving Certain Conversion Procedures (IV) Setting Bar Date for Filing Final Chapter 11 Fee Applications and Establishing a Hearing Thereon, And (V) Granting Related Relief* [Dkt. No. 1089] (the "Conversion Order");

**WHEREAS**, pursuant to the Conversion Order, all contested matters and adversary proceedings in the Debtors' bankruptcy cases were stayed until February 16, 2026;

**WHEREAS**, on December 23, 2025, Morgan W. Fisher was appointed interim chapter 7 of the Debtors' bankruptcy estates [Dkt. No. 1095] (the "Chapter 7 Trustee");

2

**WHEREAS**, due to the entry of the Conversion Order, and interests of justice and judicial economy, the Parties have agreed to extend JPMorgan's deadline to answer, move, or otherwise respond to the Third-Party Complaint on or before February 16, 2026;

**WHEREAS**, if the Chapter 7 Trustee seeks a further extension of the stay of all contested matters and adversary proceedings, JPMorgan's deadline to answer, move, or otherwise respond to the Third-Party Complaint shall be on or before the date the Court orders this proceeding is further stayed, if any;

**WHEREAS**, there are no pending dates set by this Court that would be affected by this extension; and

**THEREFORE, IT IS STIPULATED AND AGREED** that JPMorgan shall have until February 16, 2026, to answer, move, or otherwise respond to the Third-Party Complaint; *provided that*, upon entry of a Court order further extending the stay of this proceeding, JPMorgan's deadline to answer, move, or otherwise respond to the Third-Party Complaint shall be on or before the date the Court orders this proceeding is further stayed, if any.

Dated: January 26, 2026

*/s/ Catherine Keller Hopkin*
Catherine Keller Hopkin
**YVS LAW, LLC**
185 Admiral Cochrane Drive, Suite 130
Annapolis, MD 21401
T: 443-569-0788
F: 410-571-2798
Email: chopkin@yvslaw.com

*Attorneys for Third-Party Plaintiff*

*/s/ Katherine E. Culbertson*
Katherine E. Culbertson (admitted *pro hac vice*)
**TROUTMAN PEPPER LOCKE LLP**
111 South Wacker Drive, Suite 4200
Chicago IL 60606
Tel: (312) 443-0256
Email: Katherine.culbertson@troutman.com

-and-

Toyja E. Kelley (Bar No. 26949)
Indira K. Sharma (Bar No. 28269)
Jonathan W. Young (admitted *pro hac vice*)
401 9th Street, N.W., Suite 1000
Washington, D.C. 20004
Tel: (202) 274-2950
Email: Toyja.Kelley@troutman.com
Indira.Sharma@troutman.com

3

Jonathan.Young@troutman.com

-and-

David L. Ruediger (admitted *pro hac vice*)
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Email: David.Ruediger@troutman.com

*Counsel for JPMorgan Chase Bank, N.A.*

## **CERTIFICATION**

   I HEREBY CERTIFY that the terms of the copy of the stipulation submitted to the Court are identical to those set forth in the original, and the signatures represented by the /s/ on this copy reference the signatures of consenting parties on the original stipulation.

                  */s/ Katherine E. Culbertson*
                  Katherine E. Culbertson

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, I filed and served the foregoing *Joint Stipulation to Extend Time to Respond* to all counsel of record through this Court's CM/ECF system.

*Katherine E. Culbertson*
Katherine E. Culbertson