

Dated: January 27, 2026

DAVID E. RICE
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
**(Baltimore Division)**

| | |
|---|---|
| In re | Case No. 25-10308 (DER) |
| Diamond Comic Distributors, Inc., *et al.*, | Chapter 7 |
| Debtors.[1] | (Jointly Administered) |
| Diamond Comic Distributors, Inc., | Adv. Proc. No. 25-00239 (DER) |
| Plaintiff, | |
| v. | |
| BOOM ENTERTAINMENT, INC., | |
| Defendant. | |
| BOOM ENTERTAINMENT, INC., | |
| Counterclaimant and Third-Party Plaintiff, | |
| v. | |
| JPMORGAN CHASE BANK, N.A., and SPARKLE POP, LLC, | |
| Third-Party Defendants. | |

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO THIRD PARTY COMPLAINT**

Upon consideration of the Parties' *Joint Stipulation to Extend the Time* for Third Party-Defendant JPMorgan Chase Bank, N.A. ("JPMorgan") to answer, move, or otherwise respond to the Third-Party Complaint, it is by the United States Bankruptcy Court for the District of Maryland, hereby ORDERED, that Third Party-Defendant JPMorgan shall have until February 16, 2026, to answer, move, or otherwise respond to the Third-Party Complaint; *provided that*, upon

---

[1] The Debtors in these chapter 11 cases along with the last four digits of the Debtors' federal tax identification numbers are: Diamond Comic Distributors, Inc. (3450); Comic Holdings, Inc. (7457); Comic Exporters, Inc. (7458); and Diamond Select Toys & Collectibles, LLC (6585). The Debtors' mailing address is: 10150 York Road, Suite 300, Hunt Valley, Maryland 21030.

entry of a Court order further extending the stay of this proceeding, JPMorgan's deadline to answer, move, or otherwise respond to the Third-Party Complaint shall be on or before the date the Court orders this proceeding is further stayed, if any.

**END OF ORDER**